IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WENDALL JERMAINE HALL,

    Plaintiff,
v.                                                                        CASE NO. 4:04-cv-00347-MP-AK

J OLIVER, et al.,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 15, Report and Recommendation of Magistrate Judge Kornblum, recommending that Plaintiff's amended complaint, Doc.14, be Dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2), and that the order adopting this report and recommendation direct the clerk of court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Additionally, because Plaintiff was advised that he should dismiss his complaint if he had no additional facts to add to his claims regarding procedural errors, and he filed an amended complaint reasserting the same claims and facts instead, it is recommended that this dismissal constitute a strike within the meaning of 28 U.S.C. §1915(g).

The Magistrate Judge filed theReport and Recommendation on Wednesday, March 23, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. Having considered the Report and Recommendation and lack of objections thereto timely filed, I have determined that the Report and Recommendation should be ADOPTED.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's amended complaint, doc.14, is DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The clerk of court is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. This dismissal constitutes a strike within the meaning of 28 U.S.C. §1915(g).

**DONE AND ORDERED** this   *4th*   day of May, 2005.

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge